393 A.2d 1280

Commonwealth v. McGough, Appellant.

Argued April 17, 1978.   Alan Ellis, submitted a brief for appellant;  Donald E. Speice, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

393 A.2d 1280

Commonwealth v. Morgan, Appellant.

Argued April 17, 1978.   Walter Frederick Wall, Assistant Public Defender, for appellant;  Susan P. Rea, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, CERCONE and SPAETH, JJ., dissented.